**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7080**

---

FRANCISCO BRYAN,

Plaintiff - Appellant,

versus

ROBESON COUNTY DETENTION CENTER; JERRY MOODY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-94-953-5-CT-H)

---

Submitted:  October 31, 1997      Decided:  January 15, 1998

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Francisco Bryan, Appellant Pro Se.  R. Anthony Hartsoe, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bryan v. Robeson County Detention Ctr.</u>, No. CA-94-953-5-CT-H (E.D.N.C. July 24, 1997). The Appellees' motion to strike Appellant's brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2